# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITES STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-10-235-D |
| ) | |
| TRINA TAHIR, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| and ) | |
| ) | |
| BANCFIRST, ) | |
| And its Successors or Assigns, ) | |
| ) | |
| Garnishee. ) | |

## **ORDER**

Before the Court is the Report and Recommendation issued November 19, 2024, by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) [Doc. No. 342]. Judge Erwin recommends denying Defendant's Request for Hearing [Doc. No. 335] and entering an order directing Garnishee as to the disposition of Defendant's interest in related checking accounts, savings accounts, certificates of deposits, individual retirement accounts, and/or other investment accounts.

A review of the case file reflects that Defendant has neither filed a timely objection to the Report nor requested additional time to object. In this instance, it appears that Defendant's lack of objection may be due to a lack of notice. Recent mailings to Defendant's address of record have been returned as undeliverable [Doc. Nos. 341, 343].

The Court finds that any failure to receive a copy of the November 19 Report does not provide a basis for an exception to the court of appeals' "firm waiver rule" because Defendant was responsible for giving notice of any change of address. *See Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (pro se plaintiff who failed to provide any change of address or address correction waived right to review by failing to make a timely objection); *see also* LCvR5.4(a) (requiring written notice of a change of address). Therefore, the Court finds that Defendant has waived further review of the issues addressed in the Report.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 342] is **ADOPTED** in its entirety. An order directing Garnishee as to the disposition of Defendant's interest in related accounts shall be issued separately. Defendant's motion titled Request of Hearing [Doc. No. 335] is **DENIED**.

**IT IS SO ORDERED** this 6th day of December, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge